# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

UNITED STATES OF AMERICA

V.  NO. 4:20CR00267-LPR-11

JASON PATRICK JACKSON

## DETENTION ORDER

The Defendant appeared with counsel on April 7, 2022 for a pretrial bond revocation hearing. Following admission of the defendant, the Court finds by clear and convincing evidence that Defendant Jackson violated conditions of release.

The Defendant is remanded to the custody of the United States Marshal Service. While detained, the Defendant must be afforded a reasonable opportunity to consult privately with defense counsel via in person visitation, telephone contact, and, if available, video teleconference.

IT IS SO ORDERED this 7th day of April, 2022.

_____
PATRICIA S. HARRIS
UNITED STATES MAGISTRATE JUDGE